UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INSTITUTIONAL SERVICES, L.L.C.,

    Plaintiff,

v.                                                CASE NO: 8:06-cv-667-T-26TBM

THE MEADOWS OF GREENVILLE, INC., et al.,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court sua sponte in this removed case. The Court finds that this case and the case of Institutional Services, L.L.C. v. The Meadows of Greenville, Inc. et al., case number 8:06-cv-545-T-26MSS are inexplicably intertwined. In that case this Court has already found jurisdiction.[1] Accordingly, it is ordered and adjudged as follows:

    (1)    The Motion to Dismiss (Dkt. 3) is denied.

    (2)    Defendants shall file their answer and defenses within ten days of this order.

    (3)    The Court consolidates both cases for all future proceedings. All future pleadings shall be filed in case number 8:06-cv-545-T-26MSS.

---

[1] See docket 4.

(4)   The Clerk is directed to administratively close this case.

**DONE AND ORDERED** at Tampa, Florida, on April 14, 2006.

_s/Richard A. Lazzara_
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record